In the Matter of the Application of JOHN E. WARD, Appellant, for a Peremptory Writ of Mandamus against HERBERT S. SISSON, as State Commissioner of Excise, Respondent.

*Civil service — failure of legislature to make appropriation for salary of position held by exempt fireman — abolishment of position — denial of motion for mandamus to compel reinstatement.*

*Matter of Ward* v. *Sisson*, 188 App. Div. 942, affirmed.

(Submitted April 14, 1920; decided May 4, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department,

entered June 10, 1919, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of chief inspector in the department of excise. Petitioner, an exempt fireman, from October 1, 1914, to July 1, 1917, held the position of chief inspector in the department of excise. The general Appropriation Law for the year from July 1, 1917, to June 30, 1918, chapter 181 of the Laws of 1917, contained no item for the salary of the position of chief inspector, and did not provide for any similar position under any other name. Defendant alleged that by reason of the fact that no sum had been appropriated or was available for such salary, it became necessary to abolish the said position of chief inspector in the department of excise and such position was abolished on the 1st day of July, 1917.

*A. M. Sperry* for appellant.

*Harry D. Sanders* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.